ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| ATK Space Systems, Inc. | ) ASBCA No. 59006 |
| | ) |
| Under Contract No. N00014-97-D-2020 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Steven M. Masiello, Esq.
Joseph G. Martinez, Esq.
McKenna Long & Aldridge, LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 120 days of the date of this Order.

Dated: 6 May 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59006, Appeal of ATK Space Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals